**Order entered November 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00940-CV

### IN RE ZIMMER, INC., Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03111-2011**

## ORDER
Before Justices FitzGerald, Francis and Brown

Before the Court is relator's petition for writ of mandamus in which the relator requests that the Court stay proceedings in the trial court if the petition for writ of mandamus is not determined by November 10, 2014. Pending further order of the Court, we **ORDER STAYED** the December 1, 2014 trial setting and all proceedings in the trial court in connection with the December 1, 2014 trial setting. Relator's petition for writ of mandamus remains under consideration.


/s/     MOLLY FRANCIS
        JUSTICE